**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **PATRICIA ANN GREEN** § | |
| § | |
| **V.** § | No.  2:06CV193 |
| § | |
| **SABINE VALLEY CENTER MHMR, ET** § | |
| **AL** § | |

### ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, Plaintiff's Plaintiff's above-entitled and numbered cause of action was referred to the Honorable Caroline M. Craven for pretrial purposes.  The Court has reviewed Defendants' March 28, 2007 letter, informing the Court they have attempted to contract Plaintiff on several occasions to schedule the court-ordered meet and confer regarding a mediation.  Defendants state Plaintiff has twice canceled scheduled conference calls and has not contacted Defendants regarding a mediation in this case.  Therefore, Defendants request the Court appoint a suitable mediator for this case.

The Court hereby orders Plaintiff to contact Defendants' counsel within fifteen days from the date of entry of this Order.  The parties are to submit the name of an agreed mediator to the Court within twenty days from the date of entry of this Order.  Plaintiff is advised that her failure to contact Defendants could result in her case being dismissed for failure to prosecute. Accordingly, it is

**ORDERED** that Plaintiff shall contact Defendants' counsel within fifteen days from the date of entry of this Order.  It is further

**ORDERED** that the parties shall submit the name of an agreed mediator to the Court within twenty days from the date of entry of this Order.  It is further

**ORDERED** that failure to comply with this Order may result in the dismissal of Plaintiff's above-entitled and numbered cause of action for failure to prosecute.

**SIGNED this 3rd day of April, 2007.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE